**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00304-CR

## AARON GREGORY MOSEMAN, Appellant

## V.

## STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-81079-2012

## ORDER

The Court **ORDERS** court reporter Kristen Kopp to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1, DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Kristen Kopp, Deputy Official Court Reporter, 199th Judicial District Court, kk.reporting@yahoo.com, and to counsel for all parties.

/s/　　LANA MYERS
　　　　JUSTICE